IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEROME GEE,

    Petitioner,

v.                                                 Case No. 4:16cv211-MW/CJK

FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 30. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Jerome Gee,* Leon County Circuit Court Case No. 2005-CF-1524, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on January 8, 2019.**

                                               s/Mark E. Walker
                                               **Chief United States District Judge**

---

[1] Petitioner was granted four (4) extensions of time within which to file objections to the Report and Recommendation. Yet, Petitioner has failed to file any objections.