IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEROME GEE,

    Petitioner,

v.                                                         Case No. 4:16cv211-MW/CJK

FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 30, and has also reviewed *de novo* Petitioner's Objection to the report and recommendation. ECF No. 45. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted,** over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Jerome Gee*, Leon County Circuit Court Case No. 2005-CF-1524, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on January 17, 2019.

                                                                              s/ MARK E. WALKER
                                                                         **Chief United States District Judge**